Richard Johnston – SBN 124524
Johnston Law Office
131A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 939-5299
Facsimile (707) 837-9532
Richard.Johnston@Johnston-Law-Office.com

*Attorney for Plaintiff*
*Kathy E. Hotchkiss*

RONALD K. ALBERTS (SBN: 100017)
ralberts@grsm.com
NORVIK AZARIAN (SBN: 325315)
nazarian@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Flood
Los Angeles, CA 90071
Telephone: (213) 576-5088
Facsimile: (213) 680-4470

*Attorneys for Defendant*
*METROPOLITAN LIFE INSURANCE COMPANY*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathy E. Hotchkiss,<br><br>    Plaintiff,<br><br>    vs.<br><br>Metropolitan Life Insurance Company,<br><br>    Defendant. | Case no. 4:22-cv-02392-DMR<br><br>STIPULATION RE SETTLEMENT AND REQUEST FOR FURTHER CASE MANAGEMENT CONFERENCE PENDING FINALIZATION AND ORDER (AS MODIFIED) |

   The parties have achieved a settlement in principle of this action, and based thereon, through their respective counsel of record, stipulate as follows:

   1. The parties have settled in principle Hotchkiss's claim for long-term disability benefits; a number of subsidiary issues remain to be resolved, although the parties do not anticipate that they will impede finalization of the settlement and ultimate dismissal of this action.

2. The parties have agreed to discuss in good faith Hotchkiss's pending claim for attorney fees, and that if they are unable to reach agreement the issue will be tendered to the court via noticed motion pursuant to Civil Local Rule 54-5.

3. The parties request that the Court schedule a further case management conference at the first calendar availability that is 60 or more days from the date of this stipulation, to be convened only if the matter is not dismissed pursuant to settlement in the meantime.

Dated:  October 24, 2022

s/Richard Johnston
Richard Johnston
*Attorney for Plaintiff*
*Kathy E. Hotchkiss*

Dated:  October 24, 2022

GORDON REES SCULLY
MANSUKHANI, LLP
s/Ronald K. Alberts
By: Ronald K. Alberts
*Attorneys for Defendant*
*Metropolitan Life Insurance Company*

### ORDER (AS MODIFIED)

The Court, having reviewed the foregoing stipulation, and good cause appearing, ORDERS:

1. All proceedings in this matter, save only any appropriate motion for attorney fees under Civil Local Rule 54-5, are stayed pending finalization of the parties' settlement; and

2. A further case management conference, pursuant to Civil Local Rules 16-10(c) and (d), is scheduled for  January 4, 2023 at 1:30 pm by Videoconference , which conference shall be taken off calendar if the settlement is finalized and a suitable dismissal is on file no later than seven days prior to the conference.  Parties shall file a further joint case management conference statement by December 28, 2022.

IT IS SO ORDERED AS MODIFIED.

Dated:  October  27, 2022



_____
Honorable Donna M. Ryu
United States District Court Magistrate Judge