Richard Johnston – SBN 124524
Johnston Law Office
131A Stony Circle, Suite 500
Santa Rosa, California 95401
Telephone (707) 939-5299
Facsimile (707) 837-9532
Richard.Johnston@Johnston-Law-Office.com

*Attorney for Plaintiff*
*Kathy E. Hotchkiss*

RONALD K. ALBERTS (SBN: 100017)
ralberts@grsm.com
NORVIK AZARIAN (SBN: 325315)
nazarian@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Flood
Los Angeles, CA 90071
Telephone: (213) 576-5088
Facsimile: (213) 680-4470

*Attorneys for Defendant*
*METROPOLITAN LIFE INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kathy E. Hotchkiss, | Case no. 4:22-cv-02392-DMR |
| Plaintiff, | SUPPLEMENTAL STIPULATION RE SETTLEMENT AND REQUEST FOR CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE PENDING FINALIZATION AND ORDER (AS MODIFIED) |
| vs. | |
| Metropolitan Life Insurance Company, | |
| Defendant. | |

The parties, pursuant to the Court's order of October 27, 2022 (ECF no. 21), and having achieved a settlement of all issues, through their respective counsel of record, stipulate as follows:

1. The parties have settled all issues pertaining to Hotchkiss's claim for long-term disability benefits; there remains only full performance of settlement terms before ultimate dismissal of this action. This, the parties anticipate, will occur no later than January 6, 2023.

2. The parties request that the Court continue the further case management conference, scheduled for January 4, 2023, to the first calendar availability that is 30 or more days from the date of this stipulation, to be convened only if the matter is not dismissed pursuant to settlement in the meantime.

Dated:  December 28, 2022

s/Richard Johnston
Richard Johnston
*Attorney for Plaintiff*
*Kathy E. Hotchkiss*

Dated:  December 28, 2022

GORDON REES SCULLY
MANSUKHANI, LLP
s/Ronald K. Alberts
By: Ronald K. Alberts
*Attorneys for Defendant*
*Metropolitan Life Insurance*
*Company*

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### ORDER (AS MODIFIED)

The Court, having reviewed the foregoing stipulation, and good cause appearing, ORDERS:

1. All proceedings in this matter are stayed pending finalization of the parties' settlement; and

2. A further case management conference, pursuant to Civil Local Rules 16-10(c) and (d), is scheduled for __February 1, 2023 at 1:30 p.m. by Videoconference__, which conference shall be taken off calendar if the settlement is finalized and a suitable dismissal is on file no later than seven days prior to the conference.  Parties shall file an updated joint case management conference statement by January 25, 2023.

Dated:  December _28_, 2022



IT IS SO ORDERED
AS MODIFIED
Judge Donna M. Ryu

_____
DONNA M. RYU
United States District Court Magistrate Judge